■ SUSAN L. KAGELS et al., Respondents, v LEWISTON RECREATIONAL CENTER, Doing Business as FRONTIER BOWLING CENTER, Appellant. [877 NYS2d 228]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered August 11, 2008 in a personal injury action. The order, insofar as appealed from, denied in part the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.